[No. 44441-1-II.  Division Two.  April 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE JOYNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03520-4, John A. McCarthy, J., entered January 18, 2013. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Melnick, JJ.

[No. 30638-1-III.  Division Three.  April 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT DEAN BONSER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01299-2, Michael G. McCarthy, J., entered February 10, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Antosz, J. Pro Tem., concurred in by Siddoway, C.J., and Fearing, J.

[No. 31189-9-III.  Division Three.  April 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TAYLOR D.W. MAREAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01597-4, Jerome J. Leveque, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown and Korsmo, JJ.

[No. 31458-8-III.  Division Three.  April 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHAN MARTIN FILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 12-1-00020-0, William D. Acey, J., entered February 7, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.